IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02507-MSK-MJW

JECENIA MIRANDA,

Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Vacate Scheduling Conference and Stay Discovery (Docket No. 11) is GRANTED for good cause shown. The Scheduling Conference set for November 27, 2012 at 11:00 a.m. is VACATED. Discovery is stayed pending a determination on Defendant's Motion to Dismiss (Docket No. 10).

Date: October 25, 2012